■ MARYANN IMPERATO et al., Respondents, v MOUNT SINAI MEDICAL CENTER et al., Appellants. [917 NYS2d 857]—

Plaintiffs' counsel's debilitating illness, coupled with "law office failure," was a reasonable excuse warranting relief from the preclusion order entered on default (*see Frenchy's Bar & Grill v United Intl. Ins. Co.*, 251 AD2d 177, 177-178 [1998]). Plaintiffs' expert witness disclosure sufficiently delineated defendants' alleged departures from accepted medical practice and their causal connection to plaintiffs' injuries (*Ford v Empire Med. Group*, 123 AD2d 820, 821-822 [1986]; *see also Levy v New York City Hous. Auth.*, 287 AD2d 281 [2001]). Moreover, there is no evidence that the failure to timely disclose was willful, contumacious or manifested bad faith (*Tsai v Hernandez*, 284 AD2d 116, 117 [2001]). Concur—Sweeny, J.P., Catterson, Moskowitz, Renwick and Richter, JJ.